BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant OBERT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 04-20107 RMW |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND TO RELEASE PSR TO COUNSEL; [] ORDER CONTINUING HEARING AND ORDERING RELEASE OF PSR TO COUNSEL** |
| v. | |
| TIMOTHY RONALD OBERT, | |
| Defendant. | Honorable Ronald M. Whyte |

Defendant Timothy Ronald Obert and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, October 24, 2011, at 9:00 a.m., be continued to Monday, November 21, 2011, at 9:00 a.m.

The hearing in this case was requested by Mr. Obert because he objects to certain additional conditions of supervised release proposed by the Probation Office. The defense seeks to continue the hearing because additional time has been needed for defense counsel and Mr. Obert to research their objections and prepare effectively. The Probation Office has been contacted and has no objection to the proposed new date.

STIP. TO CONTINUE HEARING
AND RELEASE PSR;
[] ORDER
No. CR 04-20107 RMW                                1

1   The parties stipulate to the following revised briefing schedule: defense brief due October
2   11, 2011; government response due November 7, 2011; defense reply due November 14, 2011.
3   Additionally, the parties stipulate that the Court should order the Probation Office to release a
4   copy of the Presentence Report to the parties. Undersigned defense counsel does not have a copy of
5   the PSR because she did not represent Mr. Obert at his sentencing hearing. The defense has
6   requested a copy of the PSR from the Probation Office, and has been advised that the PSR may be
7   released to defense counsel following the issuance of an appropriate order.

8   Dated: 9/28/11                                          /s/
                                                    LARA S. VINNARD
9                                                   Assistant Federal Public Defender

10  Dated: 9/28/11                                          /s/
                                                    CAROLYNE SANIN
11                                                  Special Assistant United States Attorney

13                                          **[] ORDER**

14  The parties have jointly requested that the hearing presently set for Monday, October 24,
15  2011, be continued to Monday, November 21, 2011, because the defense requires additional time to
16  submit its brief objecting to proposed additional probation conditions.
17  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently
18  set for October 24, 2011, at 9:00 a.m., be continued to November 21, 2011, at 9:00 a.m. The
19  defense brief is due October 11, 2011; the government's response is due November 7, 2011; any
20  defense reply is due November 14, 2011.
21  IT IS FURTHER ORDERED that the Probation Office shall release copies of the Presentence
22  Report to counsel.

23  Dated: _____, 2011                        *Ronald M. Whyte*
                                                RONALD M. WHYTE
24                                              United States District Judge

26  STIP. TO CONTINUE HEARING
    AND RELEASE PSR;
    [] ORDER
    No. CR 04-20107 RMW                        2